**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01074-CR

**DAVID ANTHONY MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00275-Y**

## ORDER

We **GRANT** appellant's May 22, 2013 motion to extend the time to file appellant's brief.

Appellant's brief tendered to the Clerk of the Court on May 22, 2013 is **DEEMED** timely filed

as of the date of this order.

/s/     LANA MYERS
        JUSTICE